In re HEATHERTON. (Supreme Court, Appellate Division, Second Department. July 1, 1902.) In the matter of the application of Carolyn D. Heatherton for a compulsory accounting of Mary Dancel and another, as administrators, etc., of Christian Dancel, deceased. No opinion. Motion to dismiss appeal denied.

HERRMANN, Respondent, v. HERRMANN, Appellant. (Supreme Court, Appellate Division, Second Department. June 19, 1902.) Action by Carlotta Herrmann against George Herrmann. No opinion. Order affirmed, with $10 costs and disbursements.

HOAGLAND-ROBINSON CO. v. ROBINSON et al. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by the Hoagland-Robinson Company against Samuel A. Robinson and others. No opinion. Motion denied, on payment of $10 costs, and, on payment of an additional $10, leave given to apply to the court below to open default.

HOLCOMB, Respondent, v. HARRIS, Appellant. (Supreme Court, Appellate Division, Third Department. July 8, 1902.) Action by Andrew J. Holcomb against Charles W. Harris, as executor of Edmund S. Harris, deceased. No opinion. Judgment and order unanimously affirmed, with costs. See 59 N. Y. Supp. 160.

INGRAHAM, Respondent, v. DONOVAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 19, 1902.) Action by Henry C. M. Ingraham, as trustee, etc., of Elizabeth K. Underhill, deceased, against Albert E. Donovan and others. No opinion. Order affirmed, with $10 costs and disbursements.

JACOB v. THOMPSON. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by Emma L. Jacob against J. O. Thompson. No opinion. Motion denied.

JAMES et al., Respondents, v. BROOKMAN, Appellant. (Supreme Court, Appellate Division, Second Department. June 6, 1902.) Action by John F. James and another against Marion P. Brookman. No opinion. Order affirmed, with $10 costs and disbursements.

JAMES et al., Respondents, v. BROOKMAN, Appellant. (Supreme Court, Appellate Division, Second Department. June 6, 1902.) Action by John F. James and another against Marion P. Brookman. No opinion. Judgment and order affirmed, with costs.

JANSSEN, Respondent, v. O'GORMAN, Appellant. (Supreme Court, Appellate Division, Second Department. June 19, 1902.) Action by Frederick W. Janssen against William O'Gorman. No opinion. Judgment and order affirmed, with costs.

JEFFERSON COUNTY NAT. BANK, Appellant, v. TOWNLEY, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 27, 1902.) Action by the Jefferson County National Bank against Margaret Townley. No opinion. Order affirmed, with $10 costs and disbursements.

In re JEROME AVE. (Supreme Court, Appellate Division, First Department. June 13, 1902.) In the matter of Jerome avenue. No opinion. Motion granted. Question to be settled on settlement of order.

JOBST et al., Respondents, v. MYERS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 27, 1902.) Action by Carl Jobst and another against Thomas Myers and another. No opinion. Order appealed from modified, by providing that a commission upon interrogatories be issued to the commissioner named in such order, for the examination of witnesses to be specifically designated, and, as thus modified, affirmed, without costs of this appeal to either party. The order to be settled by and before ADAMS, P. J., upon two days' notice.

JOHNSON v. MINGEY. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by Elizabeth Johnson against Lawrence P. Mingey. No opinion. Motion denied.

JOSEPH, Appellant, v. NISSON, Respondent. (Supreme Court, Appellate Division, First Department. June 20, 1902.) Action by George E. Joseph, as trustee, against Ludwig Wm. Nisson. G. E. Joseph, in pro. per. A. G. Baldwin, for respondent. No opinion. Judgment and order affirmed, with costs.

JOYCE, Respondent, v. McDOWELL, Appellant. (Supreme Court, Appellate Division, Second Department. June 6, 1902.) Action by James Joyce against Robert McDowell. No opinion. Judgment of the municipal court affirmed, by default, with costs.

KEELEY, Appellant, v. KNICKERBOCKER ICE CO., Respondent. (Supreme Court, Appellate Division, Third Department. July 8, 1902.) Action by Thomas Keeley against the Knickerbocker Ice Company. No opinion. Judgment unanimously affirmed, with costs.

KELLEY, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by M. Florence Kelley against the Metropolitan Street Railway Company. T.

H. Lord, for appellant. G. D. Lamb, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

———

KELLEY, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by M. Florence Kelley against the Metropolitan Street Railway Company. T. H. Lord, for appellant. G. D. Lamb, for respondent. No opinion. Upon the plaintiff stipulating to reduce the judgment as entered to the sum of $8,035.20, the judgment, as so modified, affirmed, without costs; otherwise, judgment reversed and new trial ordered, with costs to appellant to abide event.

———

KELLY, Respondent, v. ADELMANN, Appellant. (Supreme Court, Appellate Division, Second Department. June 19, 1902.) Action by James Kelly against Albert Adelmann. No opinion. Motion for reargument denied.

———

KELLY, Appellant, v. MOORE et al., Respondents. (Supreme Court, Appellate Division, First Department. June, 1902.) Action by Jennie Kelly against Edward M. Moore and others. From an order denying plaintiff's motion for an order sustaining exceptions, the plaintiff appeals. Modified and affirmed. J. Fromme, for appellant. P. Eagan, for respondents.

PER CURIAM. We do not think the receiver was justified in appointing an agent to collect the rents under the facts disclosed in this case. The objection to the account allowing the receiver the amount paid to the agent for collecting the rents in question, namely, $40.52, should therefore have been sustained. The order appealed from is therefore modified by sustaining the exceptions, so far as this sum of $40.52 is concerned, and charging the receiver with that amount, and, as so modified, affirmed, without costs.

———

KELMER, Respondent, v. RECKITT & SONS, Limited, Appellant. (Supreme Court, Appellate Division, Third Department. July 8, 1902.) Action by Anthony Kelmer, an infant, by John Kelmer, his guardian ad litem, against Reckitt & Sons, Limited.

PER CURIAM. Judgment reversed, on the ground that damages are excessive, and new trial granted, upon payment of costs of former trial by defendant, unless plaintiff stipulates within 15 days from the entry and service of the order herein to reduce the amount of damages to $2,500, in which event the judgment, as so modified, is affirmed, without costs of this appeal to either party, and order appealed from affirmed, without costs, on opinion in Kilmer v. Reckitt & Sons (decided at this term) 77 N. Y. Supp. 395.

———

KETCHAM et al., Appellants, v. OCHS, Respondent. (Supreme Court, Appellate Division,

Second Department. June 13, 1902.) Action by Herbert T. Ketcham and another against Ernest Ochs. No opinion. Judgment (70 N. Y. Supp. 268) affirmed, on the opinion of HOUGHTON, J., with costs.

———

KIRBY et al., Appellants, v. KIRBY, Respondent. (Supreme Court, Appellate Division, Third Department. July 8, 1902.) Action by Jeremiah Kirby and another against Mary Kirby. No opinion. Judgment unanimously affirmed, with costs.

———

KIVELSON, Respondent, v. SCHARMANN et al., Appellants. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by Max Kivelson, an infant, against H. B. Scharmann & Sons. A. P. Fitch, for appellants. C. Goldzier, for respondent. No opinion. Judgment and order affirmed, with costs.

———

KLOCK, Appellant, v. UNITED STATES RADIATOR CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 27, 1902.) Action by Charles S. Klock, as administrator, etc., against the United States Radiator Company. No opinion. Judgment and order affirmed, with costs.

———

KNOX v. GLEASON. (Supreme Court, Appellate Division, First Department. June 13, 1902.) Action by Luella Knox against Herbert P. Gleason. No opinion. Motion denied, on payment of $10 costs, and, on payment of an additional $10, leave given to apply to the court below to open default.

———

KNOWLES, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by William P. Knowles against the city of New York. L. L. Kellogg, for appellant. J. McKeen, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 75 N. Y. Supp. 189, 725.

———

KNOWLES, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by William P. Knowles against the city of New York. L. L. Kellogg, for appellant. J. McKeen, for respondent. No opinion. Judgment affirmed, with costs. See 75 N. Y. Supp. 189, 725.

———

KRIETE v. NEW YORK & H. R. CO. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by Hedewig Kriete against the New York & Harlem Railroad Company. No opinion. Motion denied.

———

KUECKEL, Appellant, v. O'CONNOR et al., Respondents. (Supreme Court, Appellate Divi-